IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL WINDER,

    Plaintiff,                              No. CIV S-04-1944 DFL KJM P

    vs.

R.W. SANDHAM, et al.,

    Defendants.                   <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file and serve an opposition to defendants' October 7, 2005 motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's November 17, 2005 motion for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendants' October 7, 2005 motion for summary judgment. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: December 2, 2005.

                                              UNITED STATES MAGISTRATE JUDGE

/mp wind1944.36