IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL WINDER,

    Plaintiff,                    No. CIV S-04-1944 DFL KJM P

    vs.

R.W. SANDHAM, et al.,

    Defendants.              <u>ORDER</u>

/

        On January 19, 2006, defendants filed a request for an order relieving them of the requirement to file a pretrial statement, in light of the pending motion for summary judgment.

        Good cause appearing, IT IS HEREBY ORDERED that the remaining dates set in the scheduling order filed April 13, 2005 are hereby vacated, to be reset if necessary following resolution of the motion for summary judgment.

DATED: January 27, 2006.

                                     UNITED STATES MAGISTRATE JUDGE

2
wind1944.vs

1